1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO ANTHONY ESPARZA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>LEROY D. BACA, L.A. County Sheriff, et al.,<br><br>　　　　　　　Defendants. | Case No. CV 07-4118-PSG (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND FINAL RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

///
///
///

1       IT IS ORDERED that the Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Defendants' Motion to Dismiss all First, Fourth, and Fourteenth Amendment claims against Defendants Peck and Campeau, without leave to amend; (3) granting Defendants' Motion to Dismiss all First, Fourth, and Fourteenth Amendment claims against Defendant Baca in his individual capacity, without leave to amend; (4) granting Defendants' Motion to Dismiss all First and Fourth Amendment retaliation claims against Defendants Waters, Adams, Becerra, and Antuna in their individual capacities, and Defendant Baca in his official capacity, without leave to amend; (5) granting Defendants' Motion to Dismiss all Fourteenth Amendment substantive due process claims based on punitive conditions of confinement, including arbitrary searches, arbitrary withdrawal of privileges, and the "hard cell" allegations, against Defendants Waters, Adams, and Becerra, without leave to amend; (6) granting Defendants' Motion to Dismiss all Fourteenth Amendment substantive due process claims based on the "hard cell" allegations, against Defendants Baca and Antuna, without leave to amend; and (7) denying Defendants' Motion to Dismiss with respect to Plaintiff's Fourteenth Amendment substantive due process claims based on punitive conditions of confinement, except the "hard cell" allegations, against Defendants Antuna and Baca in his official capacity.

///
///
///

Within thirty (30) days from the date of the entry of the order approving and adopting this Report and Recommendation, Defendants Baca and Antuna shall file an Answer to Plaintiff's remaining Fourteenth Amendment substantive due process claims based on punitive conditions of confinement.

DATED:  October 29, 2010

HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge