O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO ANTHONY ESPARZA,<br><br>    Plaintiff,<br>  v.<br><br>LEROY D. BACA, INDIVIDUAL,<br><br>    Defendant. | Case No. CV 07-04118-PSG (OP)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS HEREBY ORDERED that:  (1) accepting this Report and Recommendation; (2) granting Defendants' Motion for Summary Judgment with respect to Plaintiff's Fourteenth Amendment substantive due process claims based on punitive conditions of confinement against Defendant Antuna in his individual capacity and Defendant Baca in his official capacity; and (3) directing that Judgment be entered dismissing the Third Amended Complaint with prejudice.

DATED:   April 18, 2013

HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

2