JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO ANTHONY ESPARZA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LEROY D. BACA, INDIVIDUAL,<br><br>　　　　Defendant | Case No. CV 07-04118-PSG (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

```
1    IT IS ADJUDGED that the Third Amended Complaint is dismissed with
2  prejudice.
3
4  DATED:  April 18, 2013
5                                    _____
                                     HONORABLE PHILIP S. GUTIERREZ
6                                    United States District Judge
7
8  Prepared by:
9
10 _____
11 HONORABLE OSWALD PARADA
   United States Magistrate Judge
```